

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00205-CV

**FOUNTAINS INTERNATIONAL GROUP, INC.,**
Appellant

v.

**SUMMIT OAK DEVELOPMENT, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-09146
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Rehearing and En Banc Reconsideration is GRANTED. Time is extended to April 13, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court